IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Donald Brubaker, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv437 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 4, 2011 a Report and Recommendation (Doc. 16). Subsequently, the plaintiff filed objections to such Report and Recommendation and defendants filed a response to the objections (Doc. 18).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the decision of the Commissioner is **AFFIRMED** and this matter is CLOSED on the docket of this Court.

IT IS SO ORDERED.

```
       s/Susan J. Dlott_____
       Chief Judge Susan J. Dlott
       United States District Court
```